## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  CARL HUFF, an individual,  *Plaintiff,*  1. MONTU PATEL, an individual,  2. SANJAY PATEL, an individual.  3. PRICE TOWER HOSPITALITY LLC a domestic limited liability company,  *Defendants,* | ) ) ) ) ) ) ) Case No.: 19-cv-78-CVE-JFJ ) ) ) ) ) ) ) ) |

## NOTICE OF NAME CHANGE

**PLEASE TAKE NOTICE** that counsel for Plaintiff in the above-styled and numbered cause name has changed from Jessica N. Bailey to Jessica N. Vaught. Further, Plaintiff's counsel's email address has changed from jbailey@a-vlaw.com to jvaught@a-vlaw.com

Respectfully submitted,

**ARMSTRONG & VAUGHT, P.L.C.**


By: *s/ Jessica N. Vaught*
**Jessica N. Vaught, OBA #33114**
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500 – Telephone
(918) 583-1755 – Facsimile
jvaught@a-vlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF MAILING**

      I hereby certify that on 27th day of June, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for Filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Krishan Patel
Brandon Smith

                              *s/Jessica N. Vaught*
                              Jessica N. Vaught